UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONTAE ALFONSO WILBURN,

           Plaintiff,

    v.

NAVARUS,

           Defendant.

No. 2:24-cv-03638 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 12.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

1

HEREBY ORDERED that:

1. The findings and recommendations (ECF No.12) are adopted in full.

2. This action is dismissed without prejudice pursuant to Local Rule 110 and Fed. R. Civ. P. 41(b).

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Wilb3638.800

2